# Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Expedia Group ("Defendant")**

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Expedia Group customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br><br><br>Source: https://www.expedia.com/helpcenter |

> **How to speak to a live person at Expedia?**
>
> If you can't reach the company representatives, you may also find out the accurate Expedia phone number to call on their help center page. Scroll down on the page and click on "Support". Make sure to select a category under which your issue falls. If you cannot find the answer to your queries in the FAQs section you may call the company and ask for an Expedia live agent. To find the numbers select "Your Experience" on the help page and click on "To share your experience about a completed trip you booked with Expedia, please contact us.". This number is probably the best way to contact Expedia. If you need to talk to a live agent in Expedia customer service you need to dial any toll-free number you may also pick among the suggestions above. Contacting live agents through social media can also be an option. For example, you can tag @Expedia on Twitter and customer service might reach you soon.

Source: https://expedia.pissedconsumer.com/customer-service.html

> **How to call Expedia?**
>
> Expedia guarantees customer service seven days a week for every person who needs help. Company provides customer service numbers to get assistance, for example, you can use (404) 728-8787, which allows you to contact the company outside the US, but be aware that Expedia will accept the charges for calls to this number.
>
> For general inquiries, you may use a toll-free Expedia phone number that can be found on the help page. It is +1 (866) 310-5768. By calling this number you may reach Expedia directly without any charges.
>
> If you have a question or concern about your travel plans and desperately need to talk to a live person in Expedia customer service you need to dial +1 (800) 397-3342.

Source: https://expedia.pissedconsumer.com/customer-service.html

| | |
|---|---|
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Expedia Group customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, email and chatbots to determine the nature of the call.<br><br><br><br>Source: https://expedia.pissedconsumer.com/customer-service.html |

3

> **How to speak to a live person at Expedia?**
>
> If you can't reach the company representatives, you may also find out the accurate Expedia phone number to call on their help center page. Scroll down on the page and click on "Support". Make sure to select a category under which your issue falls. If you cannot find the answer to your queries in the FAQs section you may call the company and ask for an Expedia live agent. To find the numbers select "Your Experience" on the help page and click on "To share your experience about a completed trip you booked with Expedia, please contact us.". This number is probably the best way to contact Expedia. If you need to talk to a live agent in Expedia customer service you need to dial any toll-free number you may also pick among the suggestions above. Contacting live agents through social media can also be an option. For example, you can tag @Expedia on Twitter and customer service might reach you soon.

Source: https://expedia.pissedconsumer.com/customer-service.html

> Expedia customer service helpline is open 24 hours a day, 7 days a week. Another way to get an Expedia 24/7 customer service team is to use Virtual Agent. There is also an Expedia chat bot that can help you with some common trip and booking problems.

Source: https://expedia.pissedconsumer.com/customer-service.html

| | |
|---|---|
| | **How to email Expedia?**<br><br>In order to email Expedia, you should find the required address. Each company department has its own Expedia email address. If you need help with your travel or you have any booking problems, you can contact Expedia customer service directly through email. Use customer service forms at Expedia.com for email support before, during, and after traveling, or write directly at hotline@expedia.com for any inconveniences or common questions. If you want to get assistance from the support team regarding franchising and investments you may contact Expedia at ir@expedia.com. Please send all press requests and queries at press@expedia.com.<br><br>Source: https://expedia.pissedconsumer.com/customer-service.html |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The Expedia Group customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. department/language).<br><br>**Responsive service for happy travelers**<br><br>Multi-lingual support means you can get fast, efficient service for travelers worldwide. English-language support is available 24/7, with over 20 other languages available 24/5.<br><br>GCO operatives are based in more than 30 centers around the world, providing support not only in the language you need, but with an understanding of the culture and market you're operating in.<br><br>Source: https://expediapartnersolutions.com/services/customer-support |



Source: https://www.expedia.co.in/service/#

How to call Expedia?

Expedia guarantees customer service seven days a week for every person who needs help. Company provides customer service numbers to get assistance, for example, you can use (404) 728-8787, which allows you to contact the company outside the US, but be aware that Expedia will accept the charges for calls to this number.

For general inquiries, you may use a toll-free Expedia phone number that can be found on the help page. It is +1 (866) 310-5768. By calling this number you may reach Expedia directly without any charges.

If you have a question or concern about your travel plans and desperately need to talk to a live person in Expedia customer service you need to dial +1 (800) 397-3342.

Source: https://expedia.pissedconsumer.com/customer-service.html

| | |
|---|---|
| | **How to speak to a live person at Expedia?**<br><br>If you can't reach the company representatives, you may also find out the accurate Expedia phone number to call on their help center page. Scroll down on the page and click on "Support". Make sure to select a category under which your issue falls. If you cannot find the answer to your queries in the FAQs section you may call the company and ask for an Expedia live agent. To find the numbers select "Your Experience" on the help page and click on "To share your experience about a completed trip you booked with Expedia, please contact us.". This number is probably the best way to contact Expedia. If you need to talk to a live agent in Expedia customer service you need to dial any toll-free number you may also pick among the suggestions above. Contacting live agents through social media can also be an option. For example, you can tag @Expedia on Twitter and customer service might reach you soon.<br><br>Source: https://expedia.pissedconsumer.com/customer-service.html |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent | The Expedia Group customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller. |

| | |
|---|---|
| on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | <br><br>Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans<br><br>**How to call Expedia?**<br>Expedia guarantees customer service seven days a week for every person who needs help. Company provides customer service numbers to get assistance, for example, you can use (404) 728-8787, which allows you to contact the company outside the US, but be aware that Expedia will accept the charges for calls to this number.<br>For general inquiries, you may use a toll-free Expedia phone number that can be found on the help page. It is +1 (866) 310-5768. By calling this number you may reach Expedia directly without any charges.<br>If you have a question or concern about your travel plans and desperately need to talk to a live person in Expedia customer service you need to dial +1 (800) 397-3342.<br><br>Source: https://expedia.pissedconsumer.com/customer-service.html<br><br>**How we order your search results**<br>There are many travel options available on our sites and we want to make your search results as relevant as possible. That's why we offer lots of ways to help you search for and plan your travel.<br>Our site uses complex, dynamic algorithms to ensure your search results are ordered efficiently.<br><br>Source: https://www.expedia.co.in/service/#/myTrips/30224 |

| | |
|---|---|
| | <br>Source: https://www.expedia.com/helpcenter<br><br>Source: https://expediapartnersolutions.com/services/customer-support |
| generating a control signal, by the at least | The automated processor of the Expedia Group customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the |

9

| | |
|---|---|
| one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Responsive service for happy travelers**<br>Multi-lingual support means you can get fast, efficient service for travelers worldwide. English-language support is available 24/7, with over 20 other languages available 24/5.<br><br>GCO operatives are based in more than 30 centers around the world, providing support not only in the language you need, but with an understanding of the culture and market you're operating in.<br><br>Source: https://expediapartnersolutions.com/services/customer-support<br><br>**How to speak to a live person at Expedia?**<br>If you can't reach the company representatives, you may also find out the accurate Expedia phone number to call on their help center page. Scroll down on the page and click on "Support". Make sure to select a category under which your issue falls. If you cannot find the answer to your queries in the FAQs section you may call the company and ask for an Expedia live agent. To find the numbers select "Your Experience" on the help page and click on "To share your experience about a completed trip you booked with Expedia, please contact us.". This number is probably the best way to contact Expedia. If you need to talk to a live agent in Expedia customer service you need to dial any toll-free number you may also pick among the suggestions above. Contacting live agents through social media can also be an option. For example, you can tag @Expedia on Twitter and customer service might reach you soon.<br><br>Source: https://expedia.pissedconsumer.com/customer-service.html |

| | |
|---|---|
| | **How we order your search results**<br><br>There are many travel options available on our sites and we want to make your search results as relevant as possible. That's why we offer lots of ways to help you search for and plan your travel.<br><br>Our site uses complex, dynamic algorithms to ensure your search results are ordered efficiently.<br><br>Source: https://www.expedia.co.in/service/#/myTrips/30224 |

11