# Exhibit 7

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Expedia Group (“Defendant”)**

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Expedia Group customer service platform performs a method for assigning communications.<br><br>For example, the Expedia Group customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br><br><br><br>Source: https://www.expedia.com/helpcenter |

| | |
|---|---|
| receiving a plurality of respective communications for association with a respective resource selected from a plurality of resources; | The Expedia Group customer service platform receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the Expedia Group customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br><br><br><br>Source: https://www.expedia.co.in/service/# |

| | |
|---|---|
| | Welcome to Help Center<br>Your Virtual Travel Agent<br>Today<br>Virtual Agent<br>Hi, I'm your Virtual Agent<br>I'm here 24/7 to help with your travel plans. To continue to improve your experience, this conversation may be recorded. If at any point I'm not able to assist you, I'll connect you to an agent who can. What would you like to do?<br>Do something else<br>Virtual Agent<br>Hi, how can I help?<br>2:29 PM Give feedback<br>See cancel options · Change booking · Get refund status · Use airline credit · Manage rewards · Do something else<br>Type a message<br><br>Source: https://www.expedia.com/helpcenter |
| identifying a plurality of resources available for association with a respective communication and | The Expedia Group customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the Expedia Group customer service platform uses one or more of interactive voice response |

| | |
|---|---|
| capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season). |



| | |
|---|---|
| |   Source: https://www.expedia.com/login?ckoflag=0&uurl=e3id%3Dredr%26rurl%3D%2Fhelpcenter%2F |

| | Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.<br><br>**Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans |
|---|---|

<table>
<tr><td></td><td>

**Customer Service Agent Support Tool**

**Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.**

Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.

Source: https://expediapartnersolutions.com/services/customer-support
</td></tr>
<tr><td>calculating a respective score associated with each available resource dependent on the availability state of a respective available resource;</td><td>

The Expedia Group customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.

For example, for each available agent, the Expedia Group customer service platform determines an estimated wait time that the caller will remain in a queue or on-hold before the agent can take the call (e.g. to prioritize urgent communications).

Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.

The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.
</td></tr>
</table>

| | |
|---|---|
| | **Expedia's core software**<br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br>Expedia has been using both pieces of software since 2009.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans<br><br>**Customer Service Agent Support Tool**<br>**Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.**<br>Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.<br><br>Source: https://expediapartnersolutions.com/services/customer-support |
| estimating an expected economic value to be obtained by | The Expedia Group customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available |

| | |
|---|---|
| associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | resource.<br><br>For example, for a given call, the Expedia Group customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent.<br><br>Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.<br><br>**Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009. |

| | Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans<br><br>**Customer Service Agent Support Tool**<br><br>**Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.**<br><br>Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.<br><br>Source: https://expediapartnersolutions.com/services/customer-support |
|---|---|
| assigning each of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | The Expedia Group customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by Customer feedback survey and the skilled agent by analysis of skills, the Expedia Group Customer Service system selects a call center agent to handle the call and connects that agent with the caller. |



Source: https://www.expedia.com/helpcenter/