Exhibit 8

**Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Expedia Group ("Defendant")**

| Claim 10 | Evidence |
|---|---|
| 10. A communications method comprising: | The Expedia Group Customer Service performs a method for communicating in a communication network.<br><br>For Example, Expedia Group Customer Help Service performs a method of communicating by establishing, over a communication network, a call between a caller with a request to the appropriate department for assistance.<br><br>*[Screenshot: Welcome to Help Center — Your Virtual Travel Agent. Virtual Agent: "Hi, I'm your Virtual Agent 🤖 I'm here 24/7 to help with your travel plans. To continue to improve your experience, this conversation may be recorded. If at any point I'm not able to assist you, I'll connect you to an agent who can. What would you like to do?" User: "Do something else". Virtual Agent: "Hi, how can I help?" 2:29 PM Give feedback. Options: See cancel options, Change booking, Get refund status, Use airline credit, Manage rewards, Do something else. Type a message.]*<br><br>Source: https://www.expedia.com/helpcenter |

| (a) receiving a plurality of communications, each having associated classification information; | The Expedia Group Customer Service receives a plurality of communications, each having associated classification information.<br><br>For example, Expedia Group Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br><br><br>Source: https://www.expedia.co.in/service/# |
|---|---|

| | |
|---|---|
| | Source: https://www.expedia.com/helpcenter |
| (b) storing information representing characteristics of a plurality of potential | The Expedia Group Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Expedia Group Customer Help Service records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call. |

| | |
|---|---|
| targets; | 

Source: https://www.expedia.com/helpcenter |
| (c) determining an optimum target for each communication based on the | The Expedia Group Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.

For example, Expedia Group Customer Service analyses the caller selection to determine |

| | |
|---|---|
| communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system comprises software that determines an agent (i.e., potential target) for each communication based on the needs of the customer (i.e., communication target) using CMP software (i.e., multivariate cost function). The Expedia Group employs numerous agents, at least three of whom possess the skill set required by the call.<br><br>Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings. |

| | |
|---|---|
| | **Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans |
| (d) routing the communication to the optimum target, | The Expedia Group Customer Service routes the communication to the optimum target.<br><br>For example, upon determining, as the optimum target, the agent to which the call should be routed, Expedia Group Customer Service routes the call to that destination agent to take full control of support to customers.<br><br>Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans. |

6

> The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.

> **Expedia's core software**
>
> Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).
>
> Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.
>
> Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.
>
> Expedia has been using both pieces of software since 2009.

Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans

7

| | |
|---|---|
| | **Customer Service Agent Support Tool**<br><br>Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.<br><br>Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.<br><br>Source: https://expediapartnersolutions.com/services/customer-support |
| said determining step and said routing step being performed within a common operating environment. | The Expedia Group Customer Service performs the determination and the routing steps within a common operating environment.<br><br>For example, when a caller provides information about the nature of the call by selecting the appropriate department from the given choices that routes the communication to the enabling agent to take full control of support to customers and the determination and the routing step is being performed by the Voyager which is an agent support tool in a GCO operating environment. |



Source: https://www.expedia.com/helpcenter

> The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.

**Expedia's core software**

Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).

Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.

Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.

Expedia has been using both pieces of software since 2009.

Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans

**Customer Service Agent Support Tool**

Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.

Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.

**Responsive service for happy travelers**

Multi-lingual support means you can get fast, efficient service for travelers worldwide. English-language support is available 24/7, with over 20 other languages available 24/5.

GCO operatives are based in more than 30 centers around the world, providing support not only in the language you need, but with an understanding of the culture and market you're operating in.

Source: https://expediapartnersolutions.com/services/customer-support