# Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Expedia Group ("Defendant")**

| Claim 10 | Evidence |
|---|---|
| 10. A communications method comprising: | The Expedia Group Customer Service performs a method for communicating in a communication network.<br><br>For Example, Expedia Group Customer Help Service performs a method of communicating by establishing, over a communication network, a call between a caller with a request to the appropriate department for assistance.<br><br>Source: https://www.expedia.com/helpcenter |

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information; | The Expedia Group Customer Service receives a plurality of communications, each having associated classification information.<br><br>For example, Expedia Group Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br><br><br>Source: https://www.expedia.co.in/service/# |

| | |
|---|---|
| | <br><br>Source: https://www.expedia.com/helpcenter |
| (b) storing information representing characteristics of at least three potential targets; and | The Expedia Group Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Expedia Group Customer Help Service records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call. The Expedia Group employs numerous agents, at least three of whom possess the skill set required by the call. |

| | |
|---|---|
| | Source: https://www.expedia.com/helpcenter |
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, | The Expedia Group Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, Expedia Group Customer Service analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system comprises software that determines an agent (i.e., potential target) for each communication based on the needs of the customer (i.e., communication target) using CMP software (i.e., combinatorial optimization). |

| | |
|---|---|
| and target characteristics. | Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.<br><br>**Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans |