# Exhibit 10

**Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Expedia Group ("Defendant")**

| Claim 11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Expedia Group Customer service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Expedia Group Customer system matches an incoming call, which is the first entity, to a call center agent, which is the second entity.<br><br><br><br>Source: https://www.expedia.com/helpcenter |

| | |
|---|---|
| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Expedia Group Customer service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Expedia Group Customer service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call. These required agent characteristics include one or more of: skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by CMP software that comprises a plurality of multivalued scalar data, which are stored and used, by the Expedia Group Customer service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate call center agent.<br><br><br><br>Source: https://www.expedia.co.in/service/# |

| | |
|---|---|
| | Welcome to Help Center<br>Your Virtual Travel Agent<br>Today<br>Virtual Agent<br>Hi, I'm your Virtual Agent<br>I'm here 24/7 to help with your travel plans. To continue to improve your experience, this conversation may be recorded. If at any point I'm not able to assist you, I'll connect you to an agent who can. What would you like to do?<br>Virtual Agent<br>Hi, how can I help?<br>2:29 PM Give feedback<br>See cancel options<br>Change booking<br>Get refund status<br>Use airline credit<br>Manage rewards<br>Do something else<br>Type a message<br>Source: https://www.expedia.com/helpcenter |

| | |
|---|---|
| | **Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans |
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Expedia Group Customer service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the Expedia Group Customer service system stores respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by CMP software comprises plurality of multivalued scalar data and are used, by the Expedia Group Customer service system, as inferential targeting parameters for routing the call to an appropriate call center agent. |

4



Source: https://www.expedia.co.in/service/#



Source: https://www.expedia.com/helpcenter

|  | **Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009. |
|---|---|
|  | Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in | The Expedia Group Customer service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Expedia Group Customer service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis (i.e., the productivity and operational efficiency) also accounts for the fact that the agent cannot handle other calls while handling this call. The agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the Expedia Group Customer service system to handle the |

| | |
|---|---|
| conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | call.<br><br>Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings.<br><br>**Expedia's core software**<br><br>Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).<br><br>Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.<br><br>Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.<br><br>Expedia has been using both pieces of software since 2009.<br><br>Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans |

| | |
|---|---|
| | **Customer Service Agent Support Tool**<br><br>Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.<br><br>Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.<br><br>Source: https://expediapartnersolutions.com/services/customer-support |
| outputting a signal in dependence on the optimization. | The Expedia Group Customer service system with intelligent routing outputs a signal in dependence on the optimization.<br><br>For example, the Expedia Group Customer service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent so as to connect that agent to the call.<br><br>Travel group Expedia is developing technology that will predict the needs of its customers before they phone to book a holiday or query existing hotel bookings or flight plans.<br><br>The company is using a combination of its own Java-based in-house booking software and Customer Process Manager (CMP) case management software from Pegasystems to manage customer calls and bookings. |

9

> **Expedia's core software**
>
> Expedia uses two core software applications – Voyager and Pegasystems' Customer Process Manager (CMP).
>
> Voyager is a java-based platform, developed in-house, which allows its 9,000 call centre staff to book flights, hotels and other services for customers.
>
> Pegasystems' CMP is case handling software which Expedia uses to automatically record and document its interaction with each customer.
>
> Expedia has been using both pieces of software since 2009.

Source: https://www.computerweekly.com/news/2240222602/Travel-group-Expedia-aims-to-predict-your-holiday-plans

> **Customer Service Agent Support Tool**
>
> **Affiliate Voyager is our agent support tool, for use alongside our API. If you're working with a customized booking tool and have integrated our API, Affiliate Voyager is the perfect complement.**
>
> Affiliate Voyager helps your agents deliver great customer service by managing every aspect of a booking themselves rather than having to call a service desk. Provide fast, efficient, seamless customer service by enabling your agents to take full control of support for bookings your travelers have made. Service different aspects of a booking in detail, from retrieving and sending itineraries, to requesting changes and making special requests. Like Expedia TAAP, it's completely ready-built, with no integration required, and it's fully maintained by EPS.

Source: https://expediapartnersolutions.com/services/customer-support

10